**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pacific Indemnity Co., | No. CV-08-0466-PHX-FJM |
| Plaintiff, | **ORDER** |
| vs. | |
| Pickens Kane Moving & Storage Co.; Atlas Van Lines, Inc., | |
| Defendants. | |
| Pickens Kane Moving & Storage Co. | |
| Cross-Claimant | |
| vs. | |
| Atlas Van Lines, Inc. | |
| Cross-Defendant | |
| Atlas Van Lines, Inc. | |
| Cross-Claimant | |
| vs. | |
| Pickens Kane Moving & Storage Co. | |
| Cross-Defendant. | |

The court has before it Pickens Kane's motion for reconsideration[1] (doc. 142), Pacific Indemnity's motion for reconsideration and joinder in Pickens Kane's motion (doc. 144), Atlas Van Line's ("Atlas") response (doc. 148), and Pickens Kane's response (doc. 150), as directed by our order entered September 28, 2009 (doc. 145). Atlas filed a second, unauthorized response to the motions for reconsideration (doc. 149), which we decline to consider. See LRCiv 7.2(g)(2).

In their motion for reconsideration, Pickens Kane and Pacific Indemnity ask us to reconsider the conclusion in our order dated September 9, 2009 ("Order") (doc. 139) that Atlas' liability under the Carmack Amendment for loss to the Manasters' property is limited to $5.00 per pound. Because the motions do not demonstrate a manifest error or introduce new facts or legal authority that could not have been brought to our attention earlier, the motions to reconsider this conclusion are denied. See LRCiv 7.2(g)(1).

Pacific Indemnity further requests that we clarify our Order to provide that Atlas is directly liable to both Pickens Kane and Pacific Indemnity. Atlas does not object to this request. Atlas Response at 1. Therefore, we clarify our Order to provide that Atlas is liable to both Pacific Indemnity and Pickens Kane in the total amount of $5.00 per pound, or $52,500.00.[2] This liability is in addition to any liability that Atlas may have to Pickens Kane for its reasonable expenses under 49 U.S.C. § 14706(b). We will consider Pickens Kane's request for § 14706(b) expenses pursuant to a properly filed motion under LRCiv 54.2.

---

[1] Pickens Kane also moves for a new trial pursuant to Rule 59(a), Fed. R. Civ. P. Because there has been no trial, Pickens Kane's motion is improper and is denied.

[2] The parties have stipulated in their joint pretrial statement filed on September 29, 2009, that the weight of the shipment was 10,500 pounds. Thus, based on our conclusion that Atlas' liability is limited to $5.00 per pound, Atlas' maximum liability is $52,500.00 (10,500 pounds x $5.00).

**IT IS ORDERED DENYING** Pickens Kane motion for reconsideration (doc. 142) and **GRANTING IN PART AND DENYING IN PART** Pacific Indemnity's motion for reconsideration (doc. 144).

DATED this 5th day of October, 2009.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge